IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KIMBERLY K. BULL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:08-CV-289 |
| | ) | |
| GROUP LONG TERM DISABILITY PLAN FOR TFE, INC., | ) ) | |
| | ) | COLLIER/CARTER |
| TFE, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Defendant Unum Life Insurance Company of America ("Unum") hereby notifies the Court that all claims pending in this action as to all parties have been compromised and settled without admission of liability and the parties intend to file a Stipulation of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted this 18th day of May, 2009.

**MILLER & MARTIN PLLC**

**s/James T. Williams**
B.P.R. # 16341
**s/Stephanie R. Barnes**
B.P.R. #25255
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
*Attorneys for Defendant Unum*

## CERTIFICATE OF SERVICE

      I hereby certify that on **May 18, 2009**, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      **MILLER & MARTIN PLLC**

      **s/James T. Williams**
      B.P.R. # 16341
      **s/Stephanie R. Barnes**
      B.P.R. #25255
      Suite 1000 Volunteer Building
      832 Georgia Avenue
      Chattanooga, TN 37402-2289
      Telephone: (423) 756-6600
      Facsimile: (423) 785-8480
      ***Attorneys for Defendant Unum***