IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KIMBERLY K. BULL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 1:08-CV-289 |
| ) | |
| GROUP LONG TERM DISABILITY ) | |
| PLAN FOR TFE, INC., ) | |
| ) | COLLIER/CARTER |
| TFE, INC., ) | |
| ) | |
| and ) | |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Kimberly Bull and Defendants Group Long Term Disability Plan for TFE, Inc., TFE, Inc., and Unum Life Insurance Company of America (collectively the "Parties") announce to the Court that all claims pending in this action as to all parties have been compromised and settled without admission of liability pursuant to a confidential Settlement Agreement and Release executed among the Parties.

Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate that Plaintiff dismisses the above-captioned case with full prejudice and each party shall bear its own costs, expenses, attorney fees or other fees.

Respectfully submitted this 15th day of June, 2009.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| **MCGEHEE, STEWART, COLE, DUPREE & ROPER, P.A.** | **WIMBERLY, LAWSON, SEALE, WRIGHT & DAVES, PLLC** |

<table>
<tr><td>

**s/ John B. Dupree**
John B. Dupree (BPR # 017339)
jdupree@knoxtnlaw.com
709 Market Street
Post Office Box 57
Knoxville, Tennessee 37902
Telephone: (865) 281-8400
Facsimile: (865) 281-8462
*Attorneys for Plaintiff Kimberly Bull*

</td><td>

**s/ Howard B. Jackson**
Howard B. Jackson (BPR # 021316)
hjackson@wimberlylawson.com
550 Main Ave., Suite 900
Post Office Box 2231
Knoxville, Tennessee 37901-2231
Telephone: (865) 546-1000
Facsimile: (865) 546-1001
*Attorneys for TFE, Inc. and Group Long Term Disability Plan for TFE, Inc.*

</td></tr>
</table>

**MILLER & MARTIN, PLLC**

**s/James T. Williams**
James T. Williams (TN BPR #16341)
jwilliams@millermartin.com
Stephanie R. Barnes (TN BPR # 25255)
sbarnes@millermartin.com
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
*Attorneys for Unum Life Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on **June 15, 2009**, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                **MILLER & MARTIN, PLLC**

                **s/James T. Williams**
                James T. Williams (TN BPR #16341)
                jwilliams@millermartin.com
                Stephanie R. Barnes (TN BPR # 25255)
                sbarnes@millermartin.com
                832 Georgia Avenue
                Chattanooga, TN 37402-2289
                Telephone: (423) 756-6600
                Facsimile: (423) 785-8480
                ***Attorneys for Unum Life Insurance***
                *** Company of America***